**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAQUAN-RAHSHE GULLETT-EL,<br>Petitioner,<br>v.<br>A.K. ROUSE, Warden,<br>Respondent. | Case No. 2:26-cv-01508-MWF-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus as Moot,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: September 14, 2026

MICHAEL W. FITZGERALD
United States District Judge